# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BASHANT, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN CALIFORNIA EDISON; EDISON INTERNATIONAL; THE BOEING COMPANY and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:19-CV-01707 JAK (KSx)<br><br>**ORDER RE STIPULATION TO REMAND (DKT. 28)**<br><br>**JS-6** |

Based on a review of the Stipulation to Remand ("Stipulation" (Dkt. 28)) filed by the parties, and for good cause shown, the Stipulation is **APPROVED**.

This action, Case No. 2:19-CV-01707 JAK (KSx), is hereby remanded to California Superior Court, Case No. 18STCV06727, as coordinated into JCCP 5000.

IT IS SO ORDERED.

Dated: April 1, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE